# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

    At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand and fourteen,

---

Ginsburg

       v.

City of Ithaca                                    **ORDER**
                                                  Docket Number: 14-1325

---

    This Court's order directing a Pre-Argument Conference with Circuit Mediator Vidya Kurella for June 11, 2014, is hereby VACATED.


                                For The Court:
                                Catherine O'Hagan Wolfe,
                                Clerk of Court

