**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 28, 2014
Docket #: 14-1325cv
Short Title: Ginsburg v. City of Ithaca

DC Docket #: 11-cv-1374
DC Court: NDNY (SYRACUSE)
DC Judge: Peebles
DC Judge: Hurd

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for dismissal of appeal filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, June 17, 2014 A PANEL at 10:00am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703,

Inquiries regarding this case may be directed to 212-857-8595 .