N.D.N.Y.
11-cv-1374
Hurd, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of June, two thousand fourteen.

Present:

                Pierre N. Leval,
                Chester J. Straub,
                Reena Raggi,
                      *Circuit Judges.*

_____

Howard L. Ginsburg,

                      *Plaintiff-Appellee,*

        v.                                          14-1325

City of Ithaca,

                      *Defendant-Appellant,*

Cornell University,

                      *Defendant.*

_____

Appellee moves to dismiss this appeal for lack of jurisdiction and to sanction Appellant. Upon due consideration, it is hereby ORDERED that Appellee's motion to dismiss the appeal is GRANTED and the appeal is DISMISSED. This Court has determined that it lacks jurisdiction over this appeal because the district court has not issued a final order, *see* 28 U.S.C. § 1291, and the type of immunity at issue, which bears on liability rather than immunity from suit, does not warrant immediate appeal, *see In re World Trade Ctr. Disaster Site Litig.*, 521 F.3d 169, 181–82 (2d Cir. 2008); *Napolitano v. Flynn*, 949 F.2d 617, 621 (2d Cir. 1991). It is further ORDERED that the motion for sanctions is DENIED as unwarranted in these circumstances.

                      FOR THE COURT:
                      Catherine O'Hagan Wolfe, Clerk of Court

